FILED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

98 SEP 28  AM 9: 47

U.S. DISTRICT COURT
N.D. OF ALABAMA

VINCENT LEE MELTON,                    )
                                       )
          Petitioner,                  )
                                       )
v.                                     )   CIVIL ACTION NO. 98-P-0397-NE
                                       )
WARDEN W.C. BERRY and                  )
THE ATTORNEY GENERAL FOR               )   ENTERED
THE STATE OF ALABAMA,                  )
                                       )   SEP 2 8 1998
          Respondents.                 )

### MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objections of the petitioner and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE this the 28 day of September, 1998.

SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE